Case 1:20-mj-01016-DKW-RT   Document 1-1   Filed 08/13/20   Page 1 of 2   PageID #: 27

# Exhibit A

[PHYSICAL EXHIBIT]

# Exhibit A

