KENJI M. PRICE #10523
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:   (808) 541-2850
Facsimile:   (808) 541-2958
E-Mail:   Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | MAG. NO. 20-01016 DKW-RT |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND CONSENT TO |
| | ) | CONTINUE PRELIMINARY |
| vs. | ) | HEARING; ORDER |
| | ) | |
| ALEXANDER YUK CHING MA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

STIPULATION AND CONSENT TO CONTINUE PRELIMINARY HEARING

THIS DAY, come the parties, by counsel, and hereby agree and stipulate to continue the preliminary hearing in this case, currently scheduled for September 1, 2020 at 9:30 a.m. to November 2, 2020, at such time as the Court can schedule the hearing.  Defendant is aware of his right to a preliminary hearing to be conducted

within 14 days of his initial appearance pursuant to Fed. R. Crim. P. 5.1(c). The Defendant, pursuant to Fed. R. Crim. P. 5.1(d), by and through his duly appointed counsel, hereby waives his right to have his preliminary hearing within 14 days of initial appearance, and hereby consents to conduct of said preliminary hearing on November 2, 2020 at a time convenient to the Court.

DATED: August 28, 2020, at Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii

*/s/ Kenneth M. Sorenson*
By_____
KENNETH M. SORENSON
Assistant U.S. Attorney

*/s/ Birney Bervar*
_____
BIRNEY BERVAR, ESQ.
Attorney for Defendant
ALEXANDER YUK CHING MA

ORDER

THIS DAY, having reviewed the stipulation of the parties, and finding good cause for the granting of additional time within which to conduct the preliminary hearing in this case, it is hereby ORDERED that said preliminary hearing shall be continued to November 2, 2020 at 1:30.

DATED: August 28, 2020 at Honolulu, Hawaii.



/s/ Rom A. Trader
Rom A. Trader
United States Magistrate Judge

UNITED STATES v. ALEXANDER YUK CHING MA
Mag. No. 20-01016 DKW-RT
"Stipulation and Consent to Continue Preliminary Hearing"

3