KENJI M. PRICE #10523
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Chief, National Security
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Ken.Sorenson@usdoj.gov

SCOTT A. CLAFFEE
Trial Attorney
U.S. Department of Justice
National Security Division

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MAG. NO. 20-01016 DKW-RT |
| | ) | |
| v. | ) | GOVERNMENT'S NOTICE OF |
| | ) | INTENT TO USE FOREIGN |
| ALEXANDER YUK CHING MA | ) | INTELLIGENCE SURVEILLANCE |
| | ) | ACT INFORMATION; |
| Defendant | ) | CERTIFICATE OF SERVICE |
| _____ | ) | |

GOVERNMENT'S NOTICE OF INTENT TO USE
FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States, through its attorney, Kenji M. Price, United States Attorney for the District of Hawaii, hereby provides notice to Defendant Alexander Yuk Ching Ma and to the Court that, pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in this matter, including proceedings related to any subsequent indictment of the defendant related to the charge in the Criminal Complaint filed in this matter, information obtained and derived from electronic surveillance and physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978, as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

DATED: September 21, 2020, at Honolulu, Hawaii.

> KENJI M. PRICE
> United States Attorney
> District of Hawaii
>
> By     */s/ Kenneth M. Sorenson*
> _____
> KENNETH M. SORENSON
> Assistant United States Attorney
> SCOTT A. CLAFFEE
> Trial Attorney

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

    Birney Bervar, Esq.

    Attorney for Defendant
    ALEXANDER YUK CHING MA

    DATED: September 21, 2020, at Honolulu, Hawaii.

                                                    */s/ Dawn Aihara*
                                                 _____